UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:22 MJ 6056 PLC |
| JAMES DEAN KUKAN, | ) |
| Defendant. | ) |

## MOTION FOR SEALING ORDER

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Kyle T. Bateman, Assistant United States Attorney for said District, and moves this Court for an order directing that the complaint and arrest warrant entered by this Court be sealed until said defendant is in custody or has given bail for the defendant's first appearance.

SAYLER A. FLEMING
United States Attorney

 /s/ Kyle T. Bateman
KYLE T. BATEMAN, #996646DC
Assistant United States Attorney
111 S. 10th Street, Room 20.331
St. Louis, Missouri  63102
(314) 539-2200

Dated: February 17, 2022